UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVROHOM BLUMING on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.<br><br>Defendant. | Civil Action No.: 18-cv-4998 (LDH) (CLP) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims with each side to bear its own fees and costs.

Dated: March 4, 2019

/s/ *Adam J. Fishbein*

Adam J. Fishbein.
735 Central Avenue
Woodmere, NY 11598
Telephone No. (516) 668-6945
fishbeinadamj@gmail.com
Attorney for Plaintiff

/s/ *Aaron R. Easley*

Aaron R. Easley.
Sessions Fishman Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone No.: (908) 751-5940
aeasley@sessions-law.biz
Attorneys for Defendant

SO ORDERED:

s/ LDH
U.S.D.J.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  APR 1 2 2019  ★

BROOKLYN OFFICE